# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

CHELSEA HOULE, etc., et al.,

     Plaintiff(s),

v.                                      CASE NO.  8:14-cv-3034-T-26JSS

GOLD CLUB TAMPA, INC., etc.,

     Defendant(s).

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions and acting in accord with the principles of <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Approval of Settlement and for Dismissal of All Claims with Prejudice (Dkt. 36) is **granted**.  The Court specifically approves the parties' settlement agreement contained within the motion.  This case is dismissed with prejudice.  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on April 5, 2016.


                           *s/Richard A. Lazzara*
                          **RICHARD A. LAZZARA**
                          **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record